1154

No. 10-7483. STEIN v. FRAKES, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 10-7493. JOHNSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10-7494. CARTER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10-7510. O'MEARA v. FENEIS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10-7511. MONDAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10-7512. OROZCO-ACOSTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10-7514. BAXTER v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10-7516. ANDERSON v. TENNESSEE. Ct. App. Tenn. Certiorari denied.

No. 10-7517. ELLIOTT v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10-7534. RICHARDSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10-7535. GONZALEZ-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10-7536. FOREHAND v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10-7540. GRANT v. BARNHART, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 10-7545. ANDERSON v. COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10-7546. HILL v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.